Weinberg & Company, P.A.
6100 Glades Road, Suite 314
Boca Raton, FL 33434



EXHIBIT 1

Magnum D'OR Resources, Inc.
2850 W. HORIZON RIDGE PKWY
SUITE 200
HENDERSON, NV 89052

06/01/2011

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/30/08 | Invoice #8113001 | 40,325.91 | 40,325.91 |
| 12/31/08 | Invoice #8123136 | 17,492.70 | 57,818.61 |
| 01/06/09 | Payment - thank you. Check No. Money Orde | (5,000.00) | 52,818.61 |
| 01/31/09 | Invoice #9013139 | 19,236.73 | 72,055.34 |
| 02/10/09 | Payment - thank you. Check No. 794702 | (5,000.00) | 67,055.34 |
| 02/28/09 | Invoice #9022848 | 51,465.37 | 118,520.71 |
| 04/20/09 | Payment - thank you. Check No. Wire | (10,000.00) | 108,520.71 |
| 04/30/09 | Invoice #9043075 | 10,066.16 | 118,586.87 |
| 05/11/09 | Payment - thank you. Check No. Wire | (40,000.00) | 78,586.87 |
| 06/11/09 | Payment - thank you. Check No. Wire | (20,000.00) | 58,586.87 |
| 06/30/09 | Invoice #9063033 | 35,409.10 | 93,995.97 |
| 07/30/09 | Payment - thank you. Check No. 2033 | (20,000.00) | 73,995.97 |
| 07/31/09 | Invoice #9073113 | 3,143.00 | 77,138.97 |
| 08/17/09 | Payment - thank you. Check No. 2035 | (30,000.00) | 47,138.97 |
| 09/30/09 | Invoice #9093030 | 29,911.20 | 77,050.17 |
| 10/31/09 | Invoice #9103161 | 18,881.25 | 95,931.42 |
| 11/30/09 | Invoice #9113043 | 20,972.23 | 116,903.65 |
| 01/12/10 | Payment - thank you. Check No. WIRE | (116,903.65) | 0.00 |
| 01/31/10 | Invoice #10013102 | 100,087.36 | 100,087.36 |
| 02/16/10 | Payment from account | (81,589.99) | 18,497.37 |
| 02/28/10 | Invoice #10022852 | 8,140.00 | 26,637.37 |
| 03/17/10 | Payment - thank you. Check No. Wire | (26,637.37) | 0.00 |
| 04/30/10 | Invoice #10043036 | 9,717.64 | 9,717.64 |
| 05/31/10 | Invoice #10053120 | 90,162.87 | 99,880.51 |
| 07/31/10 | Payment from account | (10,000.00) | 89,880.51 |

Ending Balance 89,880.51

Amount Due 89,880.51

*** DETAIL OF BEGINNING BALANCE AVAILABLE UPON REQUEST.