**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

WEINBERG & COMPANY, P.A.,
a Florida professional association,

    Plaintiff,

vs.                                      CASE NO.: 9:11-CV-80994-KLR

MAGNUM D'OR RESOURCES, INC.,
a Nevada corporation,

    Defendant.
_____/

## PLAINTIFF'S VERIFIED APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

To Steven M. Larimore, Clerk, United States District Court for the Southern District of Florida:

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff requests the Clerk of this Court to enter a Default against Defendant MAGNUM D'OR RESOURCES, INC. for its failure to plead or otherwise defend, as set forth in the attached Declaration of Plaintiff's counsel.

Pursuant to S.D. Fla. Local Rule 7.1(a)(3)(B), I hereby certify that the undersigned counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in this motion but has been unable to do so since the only contact for the Defendant is a corporate registered agent in Denver, Colorado.

SACHER, ZELMAN, HARTMAN, PAUL, BEILEY & ROLNICK, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131· (305) 371-8797

Respectfully submitted this <u>4th</u> day of October, 2011.

**s/ Roy M. Hartman**
Barton S. Sacher, P.A. (Florida Bar Number 691313)
Email: bsacher@sacherzelman.com
Roy M. Hartman, Esq. (Florida Bar Number 319902)
Email: rhartman@sacherzelman.com
Joseph A. Sacher, Esq. (Florida Bar Number 174920)
Email: jsacher@sacherzelman.com

SACHER, ZELMAN, HARTMAN,
PAUL, BEILEY & ROLNICK, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida  33131
Telephone: (305) 371-8797
Facsimile: (305) 374-2605
Attorneys for Plaintiff Weinberg & Company, P.A.