UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

| | |
|---|---|
| Weinberg & Company, P.A., | CASE NO. 11-80994-CV-KLR |
| Plaintiff, | |
| v. | |
| Magnum D'Or Resources, Inc., | |
| Defendant. | |
| _____/ | |

FILED by __RAL__ D.C.

**Oct 5, 2011**

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Magnum D'Or Resources, Inc.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) Magnum D'Or Resources, Inc.,  as of course, on this date October 5, 2011.

**STEVEN M. LARIMORE**
CLERK OF COURT


By: s/ Rosy Avael
    Rosy Avael
    Deputy Clerk

cc:    Hon. Kenneth L. Ryskamp
       Counsel of Record

       Magnum D'Or Resources, Inc.
       c/o Tanya Hutchins, Registered Agent
       1535 Grant Street, Ste. 140
       Denver, CO 80203