**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

WEINBERG & COMPANY, P.A.,
a Florida professional association,

    Plaintiff,

vs.                                    CASE NO.: 9:11-CV-80994-KLR

MAGNUM D'OR RESOURCES, INC.,
a Nevada corporation,

    Defendant.
_____/

**DECLARATION OF PLAINTIFF'S COUNSEL
IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR
PARTIAL FINAL DEFAULT JUDGMENT AGAINST DEFENDANT
(Pursuant to 28 U.S.C. § 1746)**

    I, ROY M. HARTMAN, as one of attorneys of record for Plaintiff Weinberg & Company, P.A., being of lawful age and duly sworn, state as follows:

    1.    I have personal knowledge of the facts set forth in this Declaration and the contents of Plaintiff's <u>Verified</u> Complaint filed in this civil action.  (DE 1).

    2.    On October 5, 2011, the Clerk of this Court entered a Default against Defendant Magnum D'Or Resources, Inc. for its failure to plead or otherwise defend as to Plaintiff's <u>Verified</u> Complaint.  (DE 11).

    3.    Defendant is a corporation, and, therefore, not an infant or incompetent person and not in the military service.

    4.    As set forth in Plaintiff's <u>Verified</u> Complaint, Plaintiff's four (4) claims against Defendant are in the principal amount of $89,880.51 (DE 1).

    5.    Pursuant to <u>Fla. Stat. § 687.01</u> (2011) and <u>Fla. Stat. § 55.03</u>

(2011), Plaintiff is entitled to pre-judgment interest on the principal amount for the 426 days from August 1, 2010 through September 30, 2011 at the 6% Florida judgment rate, in the amount of $6294.10, and for the 5 days from October 1, 2011 through October 7, 2011 at the 4.75% Florida judgment rate, in the amount of $81.88, for a sum of $6,375.98 in pre-judgment interest.

6. Plaintiff incurred court costs in the amounts of $350.00 for the Civil Case Filing Fee, see Exhibit A hereto, and $80.00 for service of the Summons and a copy of Plaintiff's Verified Complaint, see Exhibit B hereto, for a total sum of $430.00 in court costs incurred in this civil action.

7. Therefore, the total sum of $96,686.49 for the amount of each of Plaintiff's four (4) Claims against Defendant is now due by Defendant to Plaintiff.

8. Plaintiff reserves its right to move for its contractual attorneys' fees incurred in this civil action.

I DECLARE, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above and foregoing is true and correct.

EXECUTED in Miami, Miami-Dade County, Florida, this 7th day of October, 2011.

s/Roy M. Hartman
**ROY M. HARTMAN, Esq.**
One of attorneys of record for
 Plaintiff, Weinberg & Company, P.A.

SACHER, ZELMAN, HARTMAN, PAUL, BEILEY & ROLNICK, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131· (305) 371-8797