# EXHIBIT A

From: cmecfautosender@flsd.uscourts.gov
Sent: Friday, September 02, 2011 11:27 AM
To: flsd_cmecf_notice@flsd.uscourts.gov
Subject: Activity in Case 9:11-cv-80994-XXXX Weinberg & Company, P.A. v. Magnum D'Or Resources, Inc. Complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Hartman, Roy on 9/2/2011 at 11:27 AM EDT and filed on 9/2/2011
**Case Name:**      Weinberg & Company, P.A. v. Magnum D'Or Resources, Inc.
**Case Number:**    9:11-cv-80994-XXXX
**Filer:**          Weinberg & Company, P.A.
**Document Number:** 1

**Docket Text:**
COMPLAINT *"Verified Complaint"* against Magnum D'Or Resources, Inc.. Filing fee $ 350.00 receipt number 113C-4043499, filed by Weinberg & Company, P.A.. (Attachments: # (1) Exhibit 1)(Hartman, Roy)


9:11-cv-80994-XXXX Notice has been electronically mailed to:

Roy Mark Hartman     rhartman@sacherzelman.com, ralvarez@sacherzelman.com, roymhartman@aol.com

9:11-cv-80994-XXXX Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=9/2/2011] [FileNumber=9197785-0]
[0b221693b8a0b5a71350f5c3bd88a2281b2637beb44c5a2920cbc3e608081698c8cc
9e1f4f07305cbef0b29b93d60ec325740ca27b95bdcc9dbd0539763a16c8]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=9/2/2011] [FileNumber=9197785-1]
[37ee2a9b7f9cf0b4619d3c8cde4feef7e9b88f4d316542cf93cf53dd89dce596acd5
bdec8a56fd24d598dd93cc7132ac0a9bda101ddf02da6724b15bb454476f]]